UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES G. ABSTON,

                                    Plaintiff

        v.

WASHOE COUNTY DETENTION CENTER, et al.,

                                    Defendants

Case No. 3:25-cv-00668-ART-CSD

ORDER

## I.    DISCUSSION

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated, and the Court has received his updated address.  The Court, therefore, denies the application to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 4, 5) as moot because Plaintiff is no longer incarcerated.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by **July 24, 2026**, or pay the full filing fee of $405.

## II.    CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 4, 5) is denied as moot.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

It is further ordered that by **July 24, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

It is further ordered that, because of this order, Plaintiff's motion for status (ECF No. 7) is denied as moot.

///

///

///

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: June 24, 2026.

_____
UNITED STATES MAGISTRATE JUDGE